

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Richard P. Barrett*
*Direct Dial: (215) 861-8420*
*Facsimile: (215) 861-8618*
*E-mail Address: rbarrett3@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

May 26, 2010

Honorable Jan E. DuBois
Senior Judge, United States District Court
12613 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Fax: (215) 580-2141

      Re:    United States v. Michael Weiss, Palmer Social Club
              Criminal No. 10-043-1-2

Dear Judge DuBois:

      Assistant U.S. Attorney Floyd Miller has notified me that there is a hearing scheduled tomorrow on the defendants' motion to suppress evidence. I write to advise the Court that the parties are working toward a resolution of the charges in the above-referenced case. I am respectfully requesting that the hearing be postponed so that the parties can complete our discussions. I have spoken with the attorney for the defendants, Thomas Bergstrom, and he joins me in this request. Mr. Bergstrom and I will make ourselves available to the Court to discuss this request.

      Respectfully yours,

      ZANE DAVID MEMEGER
      United States Attorney

      Richard P. Barrett
      Assistant United States Attorney

cc:    Floyd Miller, Esquire

      Thomas Bergstrom, Esquire
      Fax: (610) 251-9630